| | |
|---|---|
| 1 | KENNETH D. WATNICK, SB# 150936 **JS-6**<br>  E-Mail: watnick@lbbslaw.com |
| 2 | SONJA PAVLOV, SB# 261053<br>  E-Mail: pavlov@lbbslaw.com |
| 3 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**<br>221 North Figueroa Street, Suite 1200 |
| 4 | Los Angeles, California 90012<br>Telephone: (213) 250-1800    NOTE: CHANGES MADE BY |
| 5 | Facsimile: (213) 250-7900    THE COURT |

RALPH A. ZAPPALA, SB# 102052
  E-Mail: zappala@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant and Counterclaimant
CAMERON TECHNOLOGIES US, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INDUSTRIES, INC., a California Corporation,<br><br>            Plaintiff,<br><br>   vs.<br><br>CAMERON TECHNOLOGIES US, INC., a Delaware corporation; and DOES 1 to 10, inclusive.<br><br>            Defendants.<br><br>CAMERON TECHNOLOGIES US, INC., a Delaware corporation; and DOES 1 to 10, inclusive.<br><br>            Counterclaimant,<br><br>   vs.<br><br>FEDERAL INDUSTRIES, INC., a California Corporation,<br><br>            Counterdefendant. | Case No.: CV 07-1098 VBF (CTx)<br><br>**JUDGMENT** |



4818-5765-1204.1

1  A. On February 1, 2008, this Court granted Cameron Technologies US, Inc.'s Motion to Dismiss with prejudice all claims relating to the requirements provisions of the alleged letter agreement between Federal Industries, Inc. ("Federal") and Cameron Technologies US, Inc. ("Cameron"). [Document No. 20.]

B. On January 30, 2009, the Court granted Cameron's Motion for Summary Judgment as to Federal's claim for breach of fiduciary duty. [Document No. 81.] The Court also confirmed that Federal had withdrawn its claim for accounting. [Document No. 81.]

C. On May 6, 2009, the Court granted Federal's Motion for Summary Judgment with respect to the claims in Cameron's Counterclaim. [Document No. 114.]

D. On or about June 18, 2009, Federal withdrawn its claim for quantum meruit in its Second Amended Complaint. [Document No. 203-2.]

E. On July 14, 2009, this action came on for a jury trial, the Honorable Valerie Baker Fairbank, judge presiding. The Honorable Valerie Baker Fairbank also concurrently conducted a non-jury trial with respect to Federal's equitable claim for promissory estoppel.

F. On July 22, 2009, this Court granted Cameron's Motion for Judgment as a Matter of Law, pursuant to Rule 50(a), with respect to Federal's claims for breach of contract, breach of the implied covenant of good faith and fair dealing, intentional interference with prospective advantage, and fraud. [Document No. 241.]

G. On July 22, 2009, the Court granted judgment, pursuant to Rule 52(c) of the Federal Rules of Civil Procedure, in favor of Cameron with respect to Federal's claim for promissory estoppel. [Document No. 241.]

Therefore, **IT IS ADJUDGED** that:

1. Plaintiff Federal Industries, Inc. takes nothing by this suit.
2. Judgment shall be entered in favor of Cameron Technologies US, Inc. and

4818-5765-1204.1                                -1-

1  against Federal Industries, Inc. with respect to Federal's claims for breach of contract,
2  breach of fiduciary duty, breach of the implied covenant of good faith and fair dealing,
3  intentional interference with prospective advantage, fraud, and promissory estoppel.
4     3.  Counterclaimant Cameron Technologies US, Inc. takes nothing by its
5  counterclaim.
6     4.  Judgment shall be entered in favor of Federal Industries, Inc. and against
7  Cameron Technologies US, Inc. with respect to Cameron Technologies US, Inc.'s
8  counterclaim.

**IT IS SO ORDERED.**

**DATED: August 14, 2009**          _____
                                    **THE HONORABLE**
                                    **VALERIE BAKER FAIRBANK**

**Respectfully submitted,**

____/s/ Sonja Pavlov_____
**SONJA PAVLOV**
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Attorneys for Defendant and Counterclaimant
CAMERON TECHNOLOGIES US, INC.



4818-5765-1204.1                    -2-